FULL NAME: MACK WEST JR.
COMMITTED NAME (if different): KERN VALLEY STATE PRISON - C5-112
FULL ADDRESS INCLUDING NAME OF INSTITUTION: P.O. Box 5103
Delano, CA 93216

PRISON NUMBER (if applicable): #F-60029

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 19 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MACK WEST JR.

PLAINTIFF,

PSY. D. LIVESAY; C/O GARICA; C/O YSLAS. ET.AL

DEFENDANT(S).

CASE NUMBER: **CV 19-07190 VBF (KES)**

CIVIL RIGHTS COMPLAINT
PURSUANT TO
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents of F.B.S. Narc (1971)

A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes  ☐ No

2. If your answer to "1" is yes, how many? __5__

   (Describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

- WEST V. ROD MARSH ET.AL.
  2:08-cv-0190
  (a) DISMISSED IN 2009
  (b) U.S.D.C. - EASTERN DISTRICT OF CALIF.
  (c) UNKNOWN

- WEST V. PETTIGREW, ET.AL.
  2:11-cv-1492 CKD
  (a) DISMISSED IN 2015
  (b) U.S.D.C. - EASTERN DISTRICT
  (c) APPEAL DENIED

- WEST V. DIXON
  2:12-cv-0293 EFB
  (a) SETTLEMENT IN 2017 OF JANUARY
  (b) U.S.D.C. - EASTERN DIST. OF CALIF.

- WEST V. HUBERT, ET.AL.
  2:16-cv-00046 DAD
  (a) SETTLEMENT IN 2017 OF JANUARY
  (b) U.S.D.C. - EASTERN DIST. OF CALIF.

( CONTINUE ON PAGE: 2 )

1 of

CIVIL RIGHTS COMPLAINT

a. Parties to this previous lawsuit:
Plaintiff MACK WEST JR.

Defendants F. ULLOA, ET. AL.

b. Court U.S. D.C. OF CENTRAL DISTRICT OF CALIF.

c. Docket or case number 2:17-CV-04892 BRO KES
d. Name of judge to whom case was assigned KES
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) STILL PENDING
f. Issues raised: RETALIATION; FAILURE TO PROTECT; INADEQUATE MENTAL HEALTH TREATMENT.

g. Approximate date of filing lawsuit JUNE OF 2017
h. Approximate date of disposition STILL PENDING

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes   ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☑ Yes   ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff MACK WEST JR.
(print plaintiff's name)
who presently resides at KERN VALLEY STATE PRISON; P.O. BOX 5103; DELANO, CA 93216
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
CALIF. STATE PRISON - LOS ANGELES COUNTY, LANCASTER, CA 93536
(institution city where violation occurred)

2 of

CIVIL RIGHTS COMPLAINT

on (date or dates) **RETALIATION** (Claim I), **CONSTANTLY TO RETALIATE** (Claim II), _____ (Claim III)

NOTE: You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant **LIVESAY** (full name of first defendant) resides or works at **44750 60TH STREET WEST** (full address of first defendant)
   **PSYCHOLOGIST** (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

   Explain how this defendant was acting under color of law:
   UNDER 42 U.S.C. § 1983, DEFENDANT LIVESAY ACTED UNDER COLOR OF STATE LAW DURING ALL THE TIME MENTIONED HEREIN AND DURING THE TIME VIOLATING PLAINTIFF'S 1ST AMENDMENT RIGHT OF THE U.S. CONSTITUTION.

2. Defendant **GARICA** (full name of first defendant) resides or works at **44750 60TH STREET WEST** (full address of first defendant)
   **CORRECTIONAL OFFICER (C/O)** (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   DEFENDANT C/O GARICA ACTED UNDER COLOR OF STATE LAW DURING ALL THE TIME MENTIONED HEREIN AND DURING THE TIME VIOLATING PLAINTIFF'S 1ST AMENDMENT RIGHT OF THE U.S. CONSTITUTION

3. Defendant **YSLAS** (full name of first defendant) resides or works at **44750 60TH STREET WEST** (full address of first defendant)
   **CORRECTIONAL OFFICER** (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   DEFENDANT C/O YSLAS ACTED UNDER COLOR OF STATE LAW DURING ALL THE TIME MENTIONED HEREIN AND DURING THE TIME VIOLATING PLAINTIFF'S 1ST AMENDMENT RIGHT OF THE U.S. CONSTITUTION

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

4 of

D. CLAIMS*

CLAIM I

The following civil right has been violated:

(1) DEFENDANT PSY. D. LIVESAY KICKING PLAINTIFF OUT OF HIS MENTAL HEALTH GROUP THERAPY GROUP AND FALSIFYING A STATE DOCUMENT AND PLACING IT IN PLAINTIFF'S C-FILE... FABRICATING PLAINTIFF'S MISBEHAVIOR AND RULE VIOLATIONS; BECAUSE OF: PLAINTIFF'S PROTECTED CONDUCT OF EXERCISING HIS FREEDOM OF EXPRESSION AND SUCH ADVERSE ACTION; HAD A CHILLING EFFECT ON PLAINTIFF EXERCISING HIS FIRST AMENDMENT; DEFENDANT PSY. D. LIVESAY ADVERSE ACTION MENTIONED ABOVE DID NOT REASONABLY ADVANCE A LEGITIMATE PENOLOGICAL INTEREST, VIOLATING PLAINTIFF'S 1st AMENDMENT RIGHT UNDER THE U.S. CONSTITUTION.

Supporting Facts - Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

(1) ON ABOUT MARCH __, 2017 PLAINTIFF WENT TO HIS MENTAL HEALTH THERAPY GROUP AT THE CALIFORNIA STATE PRISON - LOS ANGELES COUNTY, IN LANCASTER, CALIFORNIA.

(2) WHEN PLAINTIFF ARRIVED TO HIS MENTAL HEALTH THERAPY GROUP, HE SAT IN ONE OF ITS GROUP CHAIRS.

(3) SHORTLY AFTER, DEFENDANT PSY. D. LIVESAY ENTERED THE ROOM WHERE PLAINTIFF AND OTHER INMATES/PATIENTS WERE LOCATED AND SAT A SMALL STACK OF PAPERS ON THE TABLE AND THEN DEFENDANT PSY. D. LIVESAY LEFT THE ROOM.

(4) ANOTHER INMATE/PATIENT ENTERED THE SAME ROOM AND WANDERED IF HE WAS ASSIGNED TO THIS SPECIFIC CLASSROOM AND WALKED OVER TO THE SAME TABLE AND BEGAN READING THE CLASSROOM ROSTER TO SEE IF HE WAS ASSIGNED TO THIS CLASSROOM.

(5) DEFENDANT PSY. D. LIVESAY CAME BACK TO THE CLASSROOM AND OBSERVED THIS SAME INMATE/PATIENT READING THE CLASSROOM ROSTER AND GOT UPSET

(CONTINUE ON PAGE )

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

5+

## CLAIM II.

(1) DEFENDANTS C/O GARCIA AND C/O YSLAS CONSPIRED WITH DEFENDANT PSY. D. LIVESAY BY ACTING IN CONCERT AND DIRECTLY PARTICIPATING IN KICKING PLAINTIFF OUT OF HIS MENTAL HEALTH THERAPY GROUP; BECAUSE OF PLAINTIFF'S PROTECTED CONDUCT OF EXERCISING HIS FREEDOM OF EXPRESSION AND SUCH ADVERSE ACTIONS HAD A CHILLING EFFECT ON PLAINTIFF EXERCISING HIS FIRST AMENDMENT RIGHT; DEFENDANTS' C/O GARCIA AND C/O YSLAS ADVERSE ACTION DID NOT REASONABLY ADVANCE A LEGITIMATE PENOLOGICAL INTEREST, WHICH VO VIOLATED PLAINTIFF'S 1st AMENDMENT RIGHT UNDER THE U.S. CONSTITUTION.

6 of

E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

WHEREFORE, PLAINTIFF RESPECTFULLY REQUEST THE FOLLOWING RELIEF:
(A) (1) DEFENDANT PSY.D LIVESAY PAY COMPENSATORY DAMAGES OF $10,000.00 AND PUNITIVE DAMAGES OF $20,000.00;
(2) DEFENDANT C/O GARCIA PAY COMPENSATORY DAMAGES OF $10,000.00 AND PUNITIVE DAMAGES OF $20,000.00;
(3) DEFENDANT C/O YSLAS PAY COMPENSATORY DAMAGES OF $10,000.00 AND PUNITIVE DAMAGES OF $20,000.00;

(B) ISSUE A DECLARATORY JUDGEMENT STATING THAT:
(i) THE ILLEGAL EXCLUSION OF PLAINTIFF FROM HIS MENTAL HEALTH THERAPY GROUP BY DEFENDANTS PSY.D. LIVESAY, C/O GARCIA, AND C/O YSLAS VIOLATED THE PLAINTIFF'S 1ST AMENDMENT RIGHTS UNDER THE U.S. CONSTITUTION;

(C) ISSUE AN INJUNCTION ORDERING DEFENDANT PSY.D. LIVESAY AND HIS AGENTS TO:
(1) REMOVE THE CDCR 128 CHRONO FROM PLAINTIFF'S C-FILE, THAT PLAINTIFF MENTIONED IN HIS COMPLAINT.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

7-25-19
(Date)

MWJR
(Signature of Plaintiff)

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

I, __MACK WEST JR.__, declare:

I am over 18 years of age and a party to this action. I am a resident of __KERN VALLEY STATE__ Prison, in the county of __KERN__, State of California. My prison address is: __P.O. Box 5103, Delano, Calif. 93216__.

On __7-25-19__
(DATE)

I served the attached: __CIVIL RIGHTS COMPLAINT__

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DISTRICT CLERK OFC.
312 N. SPRING ST. #G-8
LOS ANGELES, CA 90012-4793

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __7-26-19__       __MWJR__
           (DATE)          (DECLARANT'S SIGNATURE)

Mack West Jr. #F60029
KVSP-C5-112
P.O. Box 5103
Delano, CA 93216



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DISTRICT COURT CLERK OFC.
312 N. SPRING ST. #G-8
LOS ANGELES, CA 90012-4793





RN VALLEY STATE PRISON
Facility C Building 5



LEGAL MAIL

