O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACK WEST, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>PSYCHOLOGIST D. LIVESAY, et al.,<br><br>    Defendants. | Case No. 2:19-cv-07190-VBF-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 84). Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 89) have been made. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

    IT IS THEREFORE ORDERED that Judgment be entered dismissing the Third Amended Complaint with prejudice and without leave to amend.

| | | |
|---|---|---|
| 1 | DATED: March 22, 2023 | /s/ Valerie Baker Fairbank |
| 2 | | |
| 3 | | Hon. VALERIE BAKER FAIRBANK |
|   | | Senior United States District Judge |

2