JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACK WEST, JR., | Case No. 2:19-cv-07190-VBF-KES |
|     Plaintiff, | |
| v. | **JUDGMENT** |
| PSYCHOLOGIST D. LIVESAY, et al., | |
|     Defendants. | |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Third Amended Complaint and entire action is dismissed with prejudice and without leave to amend.

DATED:  March 22, 2023        /s/ Valerie Baker Fairbank

_____

Hon. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE